IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William T. Hynes aka Bill Hynes | CHAPTER 13 |
| | CASE NO. 12-12249-REF |
| Debtor(s) | 11 U.S.C. SEC. 362 |
| Navy Federal Credit Union<br>Movant<br>vs.<br>William T. Hynes aka Bill Hynes<br>Debtor(s)<br>and<br>Frederick L. Reigle, Esquire<br>Trustee | HEARING DATE: 7/10/2012<br>TIME: 9:30AM |

RESPONDENTS

## ORDER

AND NOW, this **10** day of **July**, 20**12**, it is **ORDERED AND DECREED that**:

The 11 U.S.C. §362 Automatic Stay of all proceedings is hereby modified with respect to real property located at **337 Clearview Avenue, Nazareth, PA 18064** so as to allow the Movant to ~~foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee or successor in interest) to~~ take any legal action ~~for enforcement of its right to possession of said premises~~ [handwritten: pursuant to by its loan documents and state law]; and it is further

**ORDERED THAT:** the Debtor, William T. Hynes aka Bill Hynes, is hereby prohibited from filing or re-filing a bankruptcy petition [^] in the Eastern District of Pennsylvania or any other Federal District for a period of one hundred eighty (180) days from the date of dismissal, relief, or discharge of the within bankruptcy, whichever event is the later event; and it is further

**ORDERED THAT:** any automatic stay which may arise as a result of any bankruptcy case filed by the Debtor~~(s)~~ [+ individually and jointly] in violation of the 180 day bar as set forth herein, shall not apply to Movant or Movant's assignee~~(s)~~ and shall not act as a stay of any proceedings by Movant or Movant's assignee~~(s)~~; and it is further

**ORDERED THAT:** The 180 day bar as set forth herein shall be effective without any further reference to this Order or to said bar in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate the terms of this Order and the barring of the Debtor(s) from further filings in as set forth herein; and it is further

**ORDERED THAT:** The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is further

**ORDERED THAT:** the relief granted by this order shall be effective immediately and shall not be subject to the 14-day period set forth in Bankruptcy Rule 4001(a)(3).



U.S.B.J.

cc.  Kassia Fialkoff, Esquire
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, New Jersey 08003-3620

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Demetrios Tsarouhis, Esq.
Keifer & Tsarouhis, LLP
21 S. 9th Street
Suite 200
Allentown, PA 18102

William T. Hynes aka Bill Hynes
337 Clearview Avenue
Nazareth, PA 18064