UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
         :
  WILLIAM T. HYNES    : Bankruptcy No. 12-12249REF
         :
  Debtor(s)   : Chapter 13

## ORDER

AND NOW, this **19** day of **July**, 2012, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice **for two years** and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

_____
Richard E. Fehling, B.J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Demetrios H. Tsarouhis, Esq.
21 South 9th Street, Suite 200
Allentown, PA 18102

William T. Hynes
337 Clearview Avenue
Nazareth, PA 18064

Dave P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107